# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SEAN JONES, #K-58210, ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL NO. 10-cv-457-GPM |
| RICK SUTTON, et al., ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On February 24, 2011, this Court ordered Plaintiff to file his notice of change of address no later than March 10, 2011, or otherwise show cause why this action should not be dismissed. (Doc. 8) Plaintiff's deadline has passed, and he has failed to file any response to the Order to Show Cause.

As a result, this case is **DISMISSED** without prejudice for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally, Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk's office is directed to close the file.

**IT IS SO ORDERED.**

**DATED:** 3/16/2011

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge